UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

L<small>A</small>T<small>AI</small> F<small>EARSON</small>,

   Plaintiff,

v.                                        No. 4:23-cv-0217-P

O<small>LDHAM</small> G<small>OODWIN</small>, <small>ET AL.</small>,

   Defendants.

## ORDER

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 12. The Magistrate Judge found that Plaintiff, proceeding *in forma pauperis*, is subject to *sua sponte* dismissal for failure to state a claim in accordance with 28 U.S.C. § 1915(e)(2)(B). The Magistrate Judge recommended that this case be dismissed for failure to state a claim, because Plaintiff failed to avail herself of the Court's subject matter jurisdiction under 28 U.S.C. § 1331, 1332. *Id.* at 2.

   Plaintiff did not file any objections. This Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, this Court **AFFIRMS** the Magistrate Judge's reasoning, and **ADOPTS** the findings and conclusion of the Magistrate Judge as the conclusions of the Court.

   The Court therefore **ORDERS** that this case be **DISMISSED without prejudice** for failure to state a cognizable claim. *See* 28 U.S.C. § 1915(e)(2)(B).

   **SO ORDERED** on this **20th day of April 2023.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE