UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LaTai Fearson,**

  Plaintiff,

v.                                   No. 4:23-cv-0217-P

**Oldham Goodwin, et al.,**

  Defendants.

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order affirming and adopting the Magistrate Judge's Findings, Conclusions, and Recommendation (ECF No. 13) dated the same day, it is **ORDERED** that this suit is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **20th day of April 2023.**

_Mark T. Pittman_
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE